5 So.2d 838

## ÆTNA LIFE INSURANCE CO. OF HARTFORD, CONN., v. Nathaniel THOMAS.

### 6 Div. 965.

Supreme Court of Alabama.

Jan. 22, 1942.

London & Yancey, Geo. W. Yancey, and Fred G. Koenig, Sr., all of Birmingham, for petitioner.

Harsh, Harsh & Hare, of Birmingham, for respondent.

FOSTER, Justice.

Petition of the Aetna Life Insurance Company of Hartford, Conn., for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Aetna Life Ins. Co. v. Thomas, 5 So.2d 835.

Writ denied.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.